UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KURT A. BERTL,

    Plaintiff,

Case No. 1:18-cv-98

v.

HONORABLE PAUL L. MALONEY

CREDIT ACCEPTANCE CORPORATION,

    Defendant.

_____/

## ORDER OF DISMISSAL

This Court having sent to counsel for Plaintiff a Notice of Impending Dismissal (ECF No. 8) and having heard no response:

NOW THEREFORE, pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, this matter is hereby **DISMISSED** without prejudice.

    **IT IS SO ORDERED**.

Dated:  May 1, 2018                                                                                                /s/  Paul L. Maloney
                                                                                                      Paul L. Maloney
                                                                                                      United States District Judge